

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-90,618-04; WR-90,618-05; WR-90,618-06

## EX PARTE MOHSIN SYED, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NOS. CR49672-B; CR49872-B; & CR49396-B
## IN THE 238TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam.*

## O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id.* at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The records forwarded to this Court appear, however, to be incomplete. The findings of fact reference affidavits from both Judge Leonard and Ralph Petty which are not in the records forwarded to this Court.

The district clerk shall either forward to this Court those affidavits or certify in writing that

these documents are not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: February 13, 2023
Do not publish